People v Streeter (2023 NY Slip Op 00619)

People v Streeter

2023 NY Slip Op 00619

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, BANNISTER, AND MONTOUR, JJ. (Filed Feb. 3, 2023.) 

MOTION NO. (1053/18) KA 16-01786.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JARVIS STREETER, ALSO KNOWN AS KITTY, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.